952

No. 83-6190. TALLEY v. UNITED STATES POSTAL SERVICE. C. A. 8th Cir. Certiorari denied.

No. 83-6193. GANT v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 83-6265. AARON v. HANRAHAN ET AL. C. A. 10th Cir. Certiorari denied.

No. 83-6308. MCPEEK ET AL. v. GREEN ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 83-6315. JAMISON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83-6327. MARTIN v. UNEMPLOYMENT COMPENSATION BOARD OF REVIEW. Sup. Ct. Pa. Certiorari denied.

No. 83-6333. MELCHIOR v. JAGO, SUPERINTENDENT, LONDON CORRECTIONAL INSTITUTION. C. A. 6th Cir. Certiorari denied.

No. 83-6341. DELETTO v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 83-6345. GREEN v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 83-6355. STEVENSON v. ALFORD, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 83-6356. RICHARDSON v. MAGGIO, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 83-6360. GAYLOR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 83-6362. ROCHON v. MCMANUS. C. A. 5th Cir. Certiorari denied.

No. 83-6363. WALLACE v. SEA LAND SERVICE ET AL. C. A. 2d Cir. Certiorari denied.

No. 83-6364. JACKSON v. PULLEY, WARDEN. C. A. 9th Cir. Certiorari denied.